UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  S1-4:03CR00417 CAS |
| | ) | Defendant No. 003 |
| MERLIN KAUFFMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>STATEMENT OF THE GOVERNMENT</u>**
**<u>REGARDING PRESENTENCE REPORT</u>**

Comes now the United States of America, by and through its attorneys, Raymond W. Gruender, United States Attorney for the Eastern District of Missouri, and John T Davis, Assistant United States Attorney for said District, and states that the Government has no objections to the Presentence Report.

Respectfully submitted,

RAYMOND W. GRUENDER
United States Attorney


 s/John T Davis
JOHN T DAVIS, #74771
Asst. United States Attorney
lll South 10th Street
St. Louis, MO 63l02
(314) 539-2200

CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2003 , the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Jennifer Herndon
jenifer@ix.netcom.com


I hereby certify that on October 31, 2003 , the foregoing was hand delivered to the following non-participant in Electronic Case Filing:

Clarence M. Newell
Senior United States Probation Officer
111 South 10th Street, Suite 2.325
St. Louis, MO 63102

                                                    s/John T Davis
                                                    JOHN T DAVIS, #74771
                                                    Assistant United States Attorney